IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RONALD ADAMS, | ) CASE NO.: 3:11-cv-00207-TSB |
| | ) |
| Plaintiff, | ) JUDGE TIMOTHY S. BLACK |
| | ) |
| v. | ) |
| | ) **JOINT STIPULATION OF DISMISSAL** |
| MATRIXX INITIATIVES, INC., et al., | ) **WITH PREJUDICE OF ALL CLAIMS** |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff Ronald Adams and Defendants Matrixx Initiatives, Inc., Zicam, LLC, and Botanical Laboratories, Inc., by and through counsel, hereby stipulate to the dismissal with prejudice of all claims herein. The parties request that the Court enter a final order dismissing this case with prejudice as to all claims, each party to bear their own costs.

Respectfully submitted,

/s/ COREY J. ARTIM (per written consent)
RICHARD W. SCHULTE (0066031)
COREY J. ARTIM (0087410)
BEHNKE, MARTIN & SCHULTE
812 E. National Road – Suite A
Vandalia, OH 45377
Phone: 513.621.0267
Fax:   513.381.2375
Email: cartim@legaldayton.com
       rschulte@legaldayton.com

*Attorneys for Plaintiff*

/s/ JEFFREY W. WHITESELL
EDWARD E. TABER (0066707)
JEFFREY M. WHITESELL (0068677)
TUCKER ELLIS LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH 44115-1414
Phone: 216.592.5000
Fax:   216.592.5009
Email:  edward.taber@tuckerellis.com
        jeffrey.whitesell@tuckerellis.com

OF COUNSEL:

ALAN J. LAZARUS
KRISTA COSNER
Drinker Biddle & Reath LLP
50 Fremont Street – 20th Fl.
San Francisco, CA 94105-2235
Phone: 415.591.7500
Fax:    415.591.7510

*Attorneys for Defendants Matrixx Initiatives, Inc., Zicam, LLC, and Botanical Laboratories, Inc.*

**IT IS SO ORDERED:**

_____
JUDGE TIMOTHY S. BLACK

DATE: 12/17/12